UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

ALFRED TURNER,

          Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about July 9, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

ALFRED TURNER,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Jimenez Arms .380 caliber pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney