UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                      Hon. Robert J. Jonker

v.

                                      Case No. 1:26-cr-000073

ALFRED TURNER,

     Defendant.

_____/

### **ORDER**

Defendant appeared before me on July 27, 2026, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing.  I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on  July 27, 2026.


                                   /s/ Phillip J. Green
                                PHILLIP J. GREEN
                                United States Magistrate Judge